958

Matter of Kenneth HUSNEY of Petition
for Naturalization, Petitioner-
Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 317, Docket 24976.

United States Court of Appeals
Second Circuit.

Argued May 15, 1958.

Decided May 15, 1958.

Abraham Ross, Laurelton, N. Y., for
petitioner-appellant.

Cornelius Wickersham, Jr., U. S. Atty.,
Eastern District of New York, Brooklyn,
N. Y. (Robert A. Morse, Asst. U. S.
Atty., Brooklyn, N. Y., on the brief), for
respondent-appellee.

Before SWAN, HINCKS and LUM-
BARD, Circuit Judges.

PER CURIAM.

Affirmed in open court, 140 F.Supp.
503.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

LOCAL 138, INTERNATIONAL UNION
OF OPERATING ENGINEERS,
AFL–CIO, Respondent.

No. 321, Docket 24930.

United States Court of Appeals
Second Circuit.

Argued April 29, 1958.

Decided May 12, 1958.

Louis Schwartz, 2d Region, Na-
tional Labor Relations Board, New York
City (Jerome D. Fenton, Gen. Counsel,
Thomas J. McDermott, Asso. Gen. Coun-
sel, Marcel Mallet-Prevost, Asst. Gen.
Counsel, and Elizabeth W. Weston, Atty.,
National Labor Relations Board, Wash-
ington, D. C., on the brief), for peti-
tioner.

Harry H. Kutner, Mineola, N. Y.
(James G. Blake, Mineola, N. Y., on the
brief), for respondent.

Before CLARK, Chief Judge, and
HINCKS and STEWART, Circuit
Judges.

PER CURIAM.

The Board's order, 118 N.L.R.B. No.
78, being amply supported by the evi-
dence, is affirmed and a decree of enforce-
ment will be entered.